UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WHITE COAT WASTE PROJECT, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 22-3427 (TSC) (ECF) |
| DEP'T OF HEALTH & HUMAN SERV., | ) ) ) | |
| Defendant. | ) ) ) | |

### DEFENDANT'S STATUS REPORT

White Coat Waste Project ("Plaintiff") and the Department of Health and Human Services ("Defendant") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Joint Status Report in response to the Court's April 7, 2023, Minute Order. In support, the parties jointly and respectfully proffer the following:

1. On the aforementioned date, the Court "ordered that the parties shall file another Joint Status Report by May 5, 2023, in which Defendant shall advise the court on the status of its responses to Requests No. 57423 and 58295."

2. This litigation involves three requests submitted on November 11, 2021 (Request No. 57304), November 24, 2021 (Request No. 57423), and May 5, 2022 (Request No. (58295). Defendant anticipates producing records for Request No. 58295 on June 16, 2023.

3. Defendant might have misspoken in the parties' last Joint Status Report, but FOIA requests Nos. 57304 and 57423 would be the subjects of the *Open America* stay that Defendant anticipates filing on May 19, 2023.

| | |
|---|---|
| May 5, 2023 | Respectfully submitted, |
| |      /s/ |
| | MATTHEW STRUGAR |
| | Law Office of Matthew Strugar |
| | 3435 Wilshire Blvd., Suite 2910 |
| | Los Angeles, CA 90010 |
| | 323-696-2299 |
| | matthewstrugar.com |
| | |
| | *Counsel for Plaintiff* |
| | |
| | MATTHEW M. GRAVES, D.C. Bar #481052 |
| | United States Attorney |
| | |
| | BRIAN P. HUDAK |
| | Chief, Civil Division |
| | |
| | By:    /s/ |
| | KENNETH ADEBONOJO |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | for the District of Columbia-Civil Division |
| | 601 D Street, N.W. |
| | Washington, D.C.  20530 |
| | Telephone: (202) 252-2562 |
| | |
| | *Counsel for Defendant* |