UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT, | ) <br> ) <br> ) |
| Plaintiff | ) |
| | )    Civil Action No. 22-3427 (TSC) |
| v. | )    (ECF) |
| | ) |
| DEP'T OF HEALTH & HUMAN SERV., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STATUS REPORT

White Coat Waste Project ("Plaintiff") and the Department of Health and Human Services ("Defendant") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Joint Status Report in response to the Court's September 2, 2024, Minute Order. In support, the parties jointly and respectfully proffer the following:

1. On the aforementioned date, in response to the parties' last Joint Status Report, *see* ECF No. 23, the Court "ordered that the parties shall file a subsequent Joint Status Report by October 15, 2024."

2. The parties believe that they have resolved the merits of this litigation, leaving only the issue of fees. Defendant is still assessing Plaintiff's fee demand and expects to have a response this week.

3. Thus, the parties jointly request that the Court permit them to file another Joint Status Report no later than November 15, 2024. The additional time would enable the parties to engage in fees settlement discussions, which typically entail back-and-forth between the parties in an attempt to reach an amicable resolution.

1

4.       The parties will notify the Court if they are unable to resolve the fees issue on their own and propose a briefing schedule.   The parties, however, anticipate that it is more likely that they would file a dismissal.

WHEREFORE, the parties jointly propose filing another Joint Status Report no later than November 15, 2024.

October 15, 2024                              Respectfully submitted,

/s/
MATTHEW STRUGAR
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthewstrugar.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       *Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.   20530
Telephone: (202) 252-2562

*Counsel for the United States of America*